IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:26-cv-152

TAKISHA ROACH,     )
           )
    Plaintiff,   )
           ) **DEFENDANT'S NOTICE OF REMOVAL**
vs.          ) **TO FEDERAL COURT**
           )
ACTS-AVIATION SECURITY, INC., )
           )
    Defendant.  )
           )

Defendant ACTS-Aviation Security, Inc. ("Defendant") hereby files this Notice of Removal to remove the captioned action from the General Court of Justice, Superior Court Division of Mecklenburg County, North Carolina, Case No. 26-cv-002724-590, to the United States District Court for the Western District of North Carolina, Charlotte Division pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446. This action is being removed to Federal Court based on federal question and diversity jurisdiction.

In support of this Notice of Removal, Defendant respectfully states as follows:

1. This action is being removed to Federal Court based on federal question jurisdiction and diversity jurisdiction pursuant to 28 U.S.C. § 1331 and 1332.

2. On or about January 16, 2026, Takisha Roach ("Plaintiff") filed a civil action against Defendant in the General Court of Justice, Superior Court Division for Mecklenburg County, North Carolina, under the caption *Takisha Roach v. ACTS-Aviation Security*, Case No. 26-cv-002724-590 ("State Action").

3. On January 16, 2026, Plaintiff was issued a Civil Summons as to Defendant to be served with the Complaint.

4. Defendant was served with the State Action Summons and Complaint on January 27, 2026. See Exhibit A, p. 12.

5. True and accurate copies of the State Action Complaint and Summons, along with a copy of all process, pleadings, and orders served upon Defendant are attached hereto as **Exhibit A**, pursuant to 28 U.S.C. § 1446(a), and are incorporated by reference.

6. Defendant has not served any answer or other responsive pleading to the Summons and Complaint, nor made any appearance, argument, or request for relief before the General Court of Justice, Superior Court Division for Mecklenburg County, North Carolina.

7. This Notice of Removal is timely filed within thirty (30) days of service of the state Action Summons and Complaint on Defendant as required by 28 U.S.C. § 1446(b).

8. Pursuant to 28 U.S.C. § 1331, this Court has jurisdiction over this action based on federal question jurisdiction in that this action purportedly arises under the laws of the United States, namely Title VII of the Civil Rights Act of 1964, as amended, as evidenced by the face of Plaintiff's Complaint. See Exhibit A, p. 2.

9. Pursuant to 28 U.S.C. § 1332, this Court also has diversity jurisdiction over this civil action on the grounds that this matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between parties with complete diversity.

10. Upon information and belief, Plaintiff Takisha Roach is a resident of New Jersey. See Exhibit A, p. 1.

11. Defendant ACTS-Aviation Security, Inc. is a foreign corporation organized under the laws of the State of Delaware. Further, ACTS-Aviation Security, Inc. maintains a principal place of business at 2700 S. River Road, Suite 211, Des Plaines, IL 60018. Accordingly, there is complete diversity of citizenship between all parties.

12.     The amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00. Specifically, Plaintiff's Complaint alleges damages including pain and suffering and lost wages which Plaintiff contends results in damages in the amount of $550,000.00. Exhibit A, p. 2.

13.     The United States District Court for the Western District of North Carolina embraces the district in which the aforementioned State Action is now pending. Defendant therefore files this Notice of Removal of the State Action from the State Court in which it is now pending to the United States District Court for the Western District of North Carolina, Charlotte Division.

14.     As required by 28 U.S.C. § 1446(d), Defendant has served written notice of filing this Notice of Removal on Plaintiff and is promptly causing to be filed a copy of this Notice of Removal with the Clerk of the General Court of Justice, Superior Court Division for Mecklenburg County, North Carolina. A Copy of the State Court Notice of Filing Removal is attached hereto as **Exhibit B**.

15.     Defendant submits this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has alleged claims upon which relief may be granted.

**WHEREFORE**, Defendant removes this action from the Superior Court of Mecklenburg County, North Carolina, to the United States District Court for the Western District of North Carolina.

Respectfully submitted this the 26th day of February, 2026.

**{Signature Page to Follow}**

**JACKSON LEWIS P.C.**

BY: */s/ Jason V. Federmack*
JASON V. FEDERMACK
N.C. Bar No. 46014
3737 Glenwood Ave., Ste 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Jason.Federmack@jacksonlewis.com

MARGARET ZWICHAROWSKI
N.C. Bar No. 61506
200 S. College St., Suite 1550
Charlotte, North Carolina 28202
Telephone: (980) 465-7254
Maggie.Zwicharowski@jacksonlewis.com
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:26-cv-152

TAKISHA ROACH, )
)
       Plaintiff, )
)
vs. )
) **CERTIFICATE OF SERVICE**
)
ACTS-AVIATION SECURITY, INC., )
)
       Defendant. )
)

The undersigned certifies that on February 26, 2026, the foregoing *Defendant's Notice of Removal to Federal Court* was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system, and mailed to the *Pro Se* Plaintiff at the following:

Takisha Roach
904 High Street
Burlington, NJ 08016
*Pro Se Plaintiff*

**JACKSON LEWIS P.C.**

BY:   */s/ Jason V. Federmack*
JASON V. FEDERMACK
N.C. Bar No. 46014
3737 Glenwood Ave., Ste 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Jason.Federmack@jacksonlewis.com

MARGARET ZWICHAROWSKI
N.C. Bar No. 61506
200 S. College St., Suite 1550
Charlotte, North Carolina 28202
Telephone: (980) 465-7254
Maggie.Zwicharowski@jacksonlewis.com
*Attorneys for Defendant*

4935-0318-6319, v. 1