FILED
DATE: January 16, 2026
TIME: 1:20:02 PM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: A. Harper

STATE OF NORTH CAROLINA ) IN THE GENERAL COURT OF JUSTICE
) SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG )
) FILE NUMBER: 26CV002724-590

Takisha Roach,
904 HIGH Street,
Burlington NJ 08016

JURY REQUESTED ☐

Plaintiff,
vs.

COMPLAINT

ACTS-Avation Security
5501 Josh Birmingham
Parkway Charlotte NC
28214

Defendant.

I, the Plaintiff(s), complaining of the Defendant(s), say and allege that

1. The Plaintiff is a citizen and resident of _____ County, North Carolina.

2. The Defendant is a citizen and resident of Mecklenburg County, North Carolina.

3. The Court has jurisdiction over this matter.

4. *(State what the Defendant has done to cause the damages you are claiming by listing each wrongful act separately)*

A. The defendant wrongfully terminated me. Causing Pain, Suffering, Lost of Wages

B. The defendant failed to do a proper investigation on my case

C. The defendant discriminated against me because of my color and retaliated against me over another associate reporting a false statement.

EXHIBIT A

D. *The defendant failed to protect me and my rights, and are in violation of Title VII of the Civil Rights Act of 1964, as amended.*

WHEREFORE, the Plaintiff demands judgment against the Defendant for:

I am asking the court to award judgment against the Defendant(s) in the sum of $ 550,000.00
(state claimed damages)

I am also asking for reimbursement of my court costs and interest at the legal rate from the date of judgment.

For such other, further, and different relief to which the Plaintiff may be entitled.

This the _____ day of _____, 20___.

_____
Plaintiff

_____
Address

_____
City/State/Zip

_____
Telephone

# VERIFICATION

*Takisha Roach* _____ says that he/she is the Plaintiff in this matter, that he /she has read and understood this COMPLAINT and knows the contents to be true of his/her own personal knowledge, except for those matters and things set forth upon information and belief; and as to those matters and things, he/she believes them to be true.

_____
Plaintiff

Sworn to and subscribed before me this ____ day of _____, _____.

_____
Notary Public

My commission expires: _____.

| STATE OF NORTH CAROLINA | File No. 26CV002724-590 |
|---|---|
| Mecklenburg County | In The General Court Of Justice ☐ District ☐ Superior Court Division |

**Name Of Plaintiff:** Takisha Roach
**Address:** 904 HIGH STREET
**City, State, Zip:** Burlington NJ 08016

VERSUS

**Name Of Defendant(s):** ACTS Aviation Security
5501 Josh Birmingham Parkway
Charlotte NC, 28214

**CIVIL SUMMONS**
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

**Date Original Summons Issued:**

**Date(s) Subsequent Summons(es) Issued:**

To Each Of The Defendant(s) Named Below:

**Name And Address Of Defendant 1:**
ACTS Aviation Secururity
5501 Josh Birmingham Parkway
Charlotte NC 28214

**Name And Address Of Defendant 2:**
Paul Doerscheln/ACTS Avation Security Inc. 2700 S. River Road Suite 211 Des Plaines, IL 60018

⚠️ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles! Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff):**

**Date Issued:** 1/16/2026
**Time:** 1:19 ☐ AM ☒ PM
**Signature:** Alexis Harper
☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

**Date Of Endorsement:**
**Time:** ☐ AM ☐ PM
**Signature:**
☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 1.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|
| | |

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 2.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|
| | |

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff *(type or print)* |
| Date Of Return | County Of Sheriff |

FILED
DATE: January 16, 2026
TIME: 1:18:40 PM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: A. Harper

| STATE OF NORTH CAROLINA | File No. 26CV002724-590 |
|---|---|
| Mecklenburg County | In The General Court Of Justice ☐ District ☐ Superior Court Division |

**Name Of Plaintiff**
Takisha Roach

VERSUS

**Name Of Defendant**
ACTS - Avaition Services

## PETITION TO PROCEED AS AN INDIGENT

G.S. 1-110; 7A-228

### AFFIDAVIT

(Check one of the four boxes below)

☑ **Petition To Assert Claims** - As a party in the above entitled action, I affirm that I am financially unable to advance the required costs for the prosecution of the claims I have asserted. Therefore, I now petition the Court for an order allowing me to assert my claims as an indigent.
  ☐ I am an inmate in the custody of the Division of Prisons of the Department of Adult Correction.
  (NOTE TO CLERK: If this block is checked, this Petition must be submitted to a Superior Court Judge for disposition provided on the reverse.)

☐ **Petition To File Motions** - As a party in the above entitled action, I affirm that I am financially unable to advance the required costs to file a notice of hearing on a motion. Therefore, I now petition the Court for an order allowing me to file my motion as an indigent.

☐ **Petition To Appeal** - As the individual appellant in the above entitled small claims action, I affirm that I am financially unable to pay the cost for the appeal of this action from small claims to district court. Therefore, I now petition the Court for an order allowing me to appeal this action to district court as an Indigent.

☐ **Petition To File Expunction Petition** - As the petitioner in the above entitled action, I affirm that I am financially unable to advance the required costs to file an expunction petition. Therefore, I now petition the Court for an order allowing me to file my expunction petition as an indigent.

(check one or more of the boxes below as applicable)

☐ I am presently a recipient of
  ☐ Supplemental Nutrition Assistance Program (SNAP/food stamps).  ☐ Temporary Assistance for Needy Families (TANF).
  ☐ Supplemental Security Income (SSI).

☐ I am represented by a legal services organization that has as its primary purpose the furnishing of legal services to indigent persons, or I am represented by private counsel working on behalf of such a legal services organization. (Attach a letter from your legal services attorney or have your attorney sign the certificate below.)

☑ Although I am not a recipient of SNAP/food stamps, TANF, or SSI, nor am I represented by legal services, I am financially unable to advance the costs of filing this action or appeal.

**SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME**

Date: 1/16/2026
Signature: Alexis Harper (CLERK OF SUPERIOR COURT MECKLENBURG COUNTY)
Title Of Person Authorized To Administer Oaths: dCSC

Date: 1-16-25
Signature Of Petitioner: Takisha Roach

Name And Address Of Petitioner:
Takisha Roach
904 High Street
Burlington NJ 08016

### CERTIFICATE OF LEGAL SERVICES/PRO BONO REPRESENTATION

I certify that the above named petitioner is represented by a legal services organization that has as its primary purpose the furnishing of legal services to indigent persons or is represented by private counsel working on behalf of or under the auspices of such legal services organization.

Date: 
Signature: 
Name And Address (type or print):

### ORDER

Based on the Affidavit appearing above, it is ORDERED that:
☒ the petitioner is authorized to assert claims or to file notices of hearing or petitions in this action as an indigent.
☐ the petition is denied.

Date: 16th of January, 2026
Signature: Mitchell Woodard
☒ Assistant CSC ☐ Judge ☐ Clerk Of Superior Court

NOTE TO CLERK: If the petitioner is NOT a recipient of SNAP/food stamps, TANF, SSI or is NOT represented by legal services or a private attorney on behalf of legal services, you may ask for additional financial information to determine whether the petitioner is unable to pay the costs.

AOC-G-106, Rev. 11/24, © 2024 Administrative Office of the Courts (Over)

## ORDER - APPEAL FROM MAGISTRATE JUDGMENT IN SMALL CLAIMS ACTION

The undersigned considered the following information and evidence in addition to the Affidavit appearing above:

*(choose 1 or 2 if authorizing the petitioner to appeal as an indigent)*

☐ 1. The Court finds that the petitioner is unable to pay the costs of appeal and meets the following criteria listed in G.S. 1-110(a):

- ☐ Petitioner receives electronic food and nutrition benefits.
- ☐ Petitioner receives Work First Family Assistance.
- ☐ Petitioner receives Supplemental Security Income (SSI).
- ☐ Petitioner is represented by a legal services organization that has as its primary purpose the furnishing of legal services to indigent persons.
- ☐ Petitioner is represented by private counsel working on the behalf of or under the auspices of a legal services organization that has as its primary purpose the furnishing of legal services to indigent persons.

☐ 2. The Court finds that the petitioner does not meet any of the criteria listed in G.S. 1-110(a), but is unable to pay the costs of appeal based on the following:

Based on the Affidavit and findings appearing above, it is ORDERED that:

☐ the petitioner is authorized to appeal in this small claims action as an indigent.
☐ the petition is denied.

| Date | Signature | | |
|---|---|---|---|
| | | ☐ Assistant CSC  ☐ Judge | ☐ Clerk Of Superior Court  ☐ Magistrate |

## ORDER - DIVISION OF PRISONS INMATES

The undersigned superior court judge of this district finds that the petitioner is an inmate in the custody of the Division of Prisons of the Department of Adult Correction and that the complaint

☐ is not frivolous.
☐ is frivolous.

It is ORDERED that

☐ the petitioner is authorized to sue in this action as an indigent.
☐ the petitioner is not authorized to sue as an indigent.
☐ the action is dismissed.

| Date | Name Of Superior Court Judge (type or print) | Signature Of Superior Court Judge |
|---|---|---|
| | | |

## CERTIFICATION

I certify that this Petition has been served on the party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

| Date | Signature | | | |
|---|---|---|---|---|
| | | ☐ Deputy CSC | ☐ Assistant CSC | ☐ Clerk Of Superior Court |

**NOTE:** G.S. 1-110(b) provides: *"The clerk of superior court shall serve a copy of the order of dismissal upon the prison inmate."*

AOC-G-106, Side Two, Rev. 11/24
© 2024 Administrative Office of the Courts

FILED
DATE: January 16, 2026
TIME: 1:20:47 PM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: A. Harper

| STATE OF NORTH CAROLINA | File No. 26CV002724-590 |
|---|---|
| **Mecklenburg** County | In The General Court Of Justice |
| Name And Address Of Plaintiff<br>Takisha Roach<br>984 High Street<br>Burlington NJ 08016<br>VERSUS<br>Name And Address Of Defendant ACTS - Aviation Security<br>5501 Josh Birmingham Parkway<br>Charlotte NC 28214 | **SERVICEMEMBERS CIVIL RELIEF ACT DECLARATION**<br><br>G.S. Ch. 127B, Art. 4; 50 U.S.C. 3901 to 4043 |

**NOTE:** *Though this form may be used in a Chapter 45 Foreclosure action, it is not a substitute for the certification that may be required by G.S. 45-21.12A.*

### DECLARATION

**I, the undersigned Declarant, under penalty of perjury declare the following to be true:**

1. As of the current date: *(check one of the following)*
   - ☐ a. I have personal knowledge that the defendant named above is in military service.*
   - ☐ b. I have personal knowledge that the defendant named above is **not** in military service.*
   - ☑ c. I am unable to determine whether the defendant named above is in military service.*

2. As of the current date, I ☐ have ☐ have not received a copy of a military order from the defendant named above relating to State active duty as a member of the North Carolina National Guard or service similar to State active duty as a member of the National Guard of another state. *See G.S. 127B-27 and G.S. 127B-28(b).*

3. I ☐ used ☐ did not use the Servicemembers Civil Relief Act Website (https://scra.dmdc.osd.mil/) to determine the defendant's federal military service.
   ☐ The results from my use of that website are attached.
   *(NOTE: The Servicemembers Civil Relief Act Website is a website maintained by the Department of Defense (DoD). If DoD security certificates are not installed on your computer, you may experience security alerts from your internet browser when you attempt to access the website. Members of the North Carolina National Guard under an order of the Governor of this State and members of the National Guard of another state under an order of the governor of that state will **not** appear in the SCRA Website database.)*

4. The following facts support my statement as to the defendant's military service: *(State how you know the defendant is or is not in the military. Be specific.)*

---

*__NOTE:__ The term "military service" includes the following: active duty service as a member of the United States Army, Navy, Air Force, Marine Corps, Space Force, or Coast Guard; service as a member of the National Guard under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days for purposes of responding to a national emergency; active service as a commissioned officer of the Public Health Service or of the National Oceanic and Atmospheric Administration; any period of service during which a servicemember is absent from duty on account of sickness, wounds, leave, or other lawful cause. 50 U.S.C. 3911(2). The term "military service" also includes the following: State active duty as a member of the North Carolina National Guard under an order of the Governor pursuant to Chapter 127A of the General Statutes, for a period of more than 30 consecutive days; service as a member of the National Guard of another state who resides in North Carolina and is under an order of the governor of that state that is similar to State active duty, for a period of more than 30 consecutive days. G.S. 127B-27(3) and G.S. 127B-27(4).*

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

| Date 1/16/25 | Signature Of Declarant *Takisha Roach* | Name Of Declarant (type or print) Takisha Roach |
|---|---|---|

**NOTE TO COURT:** *Do not proceed to enter judgment in a non-criminal case in which the defendant has not made an appearance until a Servicemembers Civil Relief Act affidavit or declaration (whether on this form or not) has been filed, and if it appears that the defendant is in military service, do not proceed to enter judgment until such time that you have appointed an attorney to represent him or her.*

(Over)

AOC-G-250, Rev. 4/24
© 2024 Administrative Office of the Courts

# Information About Servicemembers Civil Relief Act Affidavits And Declarations

1. **Plaintiff to file affidavit/declaration**
   In any civil action or proceeding, including any child custody proceeding, in which the defendant does not make an appearance, the court, before entering judgment for the plaintiff, shall require the plaintiff to file with the court an affidavit—
   - (A) stating whether or not the defendant is in military service and showing necessary facts to support the affidavit; or
   - (B) if the plaintiff is unable to determine whether or not the defendant is in military service, stating that the plaintiff is unable to determine whether or not the defendant is in military service.
   
   50 U.S.C. 3931(b)(1).

2. **Appointment of attorney to represent defendant in military service**
   If in a civil action or proceeding in which the defendant does not make an appearance it appears that the defendant is in military service, the court may not enter a judgment until after the court appoints an attorney to represent the defendant. If an attorney appointed to represent a service member cannot locate the service member, actions by the attorney in the case shall not waive any defense of the service member or otherwise bind the service member. 50 U.S.C. 3931(b)(2). State funds are not available to pay attorneys appointed pursuant to the Servicemembers Civil Relief Act. To comply with the federal Violence Against Women Act and in consideration of G.S. 50B-2(a), 50C-2(b), and 50D-2(b), plaintiffs in Chapter 50B, Chapter 50C, and Chapter 50D proceedings should not be required to pay the costs of attorneys appointed pursuant to the Servicemembers Civil Relief Act. Plaintiffs in other types of actions and proceedings may be required to pay the costs of attorneys appointed pursuant to the Servicemembers Civil Relief Act. The allowance or disallowance of the ordering of costs will require a case-specific analysis.

3. **Defendant's military status not ascertained by affidavit/declaration**
   If based upon the affidavits filed in such an action, the court is unable to determine whether the defendant is in military service, the court, before entering judgment, may require the plaintiff to file a bond in an amount approved by the court. If the defendant is later found to be in military service, the bond shall be available to indemnify the defendant against any loss or damage the defendant may suffer by reason of any judgment for the plaintiff against the defendant, should the judgment be set aside in whole or in part. The bond shall remain in effect until expiration of the time for appeal and setting aside of a judgment under applicable Federal or State law or regulation or under any applicable ordinance of a political subdivision of a State. The court may issue such orders or enter such judgments as the court determines necessary to protect the rights of the defendant under this Act. 50 U.S.C. 3931(b)(3).

4. **Satisfaction of requirement for affidavit/declaration**
   The requirement for an affidavit above may be satisfied by a statement, declaration, verification, or certificate, in writing, subscribed and certified or declared to be true under penalty of perjury. 50 U.S.C. 3931(b)(4). The presiding judicial official will determine whether the submitted affidavit is sufficient.

5. **Penalty for making or using false affidavit/declaration**
   A person who makes or uses an affidavit permitted under 50 U.S.C. 3931(b) (or a statement, declaration, verification, or certificate as authorized under 50 U.S.C. 3931(b)(4)) knowing it to be false, shall be fined as provided in title 18, United States Code, or imprisoned for not more than one year, or both. 50 U.S.C. 3931(c).

# STATE OF NORTH CAROLINA

Mecklenburg County

**File No.** 26CV002724-590

FILED
2026 JAN 28 A 10: 18
MECKLENBURG CO. C.S.C.
BY _____

In The General Court Of Justice
☐ District ☐ Superior Court Division

**CIVIL SUMMONS**
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

**Name Of Plaintiff:** Takisha Roach
**Address:** 904 High Street
**City, State, Zip:** Burlington NJ 08016

VERSUS

**Name Of Defendant(s):**
ACTS Aviation Security
5501 Josh Birmingham Parkway
Charlotte NC, 28214

Date Original Summons Issued:
Date(s) Subsequent Summons(es) Issued:

## To Each Of The Defendant(s) Named Below:

**Name And Address Of Defendant 1:**
ACTS Aviation Secururity
5501 Josh Birmingham Parkway
Charlotte NC 28214

**Name And Address Of Defendant 2:**
Paul Doerscheln / ACTS Avation Security Inc. 2700 S. River Road Suite 211 Des Plaines, IL 60018

⚠️ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff):**

**Date Issued:** 1/16/2026 **Time:** 1:19 ☐ AM ☒ PM
**Signature:** Alexis Harper
☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

**Date Of Endorsement:** **Time:** ☐ AM ☐ PM
**Signature:**
☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

| | | | | |
|---|---|---|---|---|
| | | **RETURN OF SERVICE** | | |

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| 1/27/26 | 1459 | ☐ AM ☑ PM | Acts Avation Security |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☑ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

Aaron Gross (Manager)
5501 Josh Birmingham Pkwy Charlotte, NC 28208

☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: (type or print name)

| Date Accepted | Signature |
|---|---|
| | |

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: (type or print name)

| Date Accepted | Signature |
|---|---|
| | |

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | X5430 |
| Date Received | Name Of Sheriff (type or print) |
| 1/20/26 | Gary McFadden |
| Date Of Return | County Of Sheriff |
| 1/27/26 | Mecklenburg |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts